■ Patricia German et al., Plaintiffs, and Kristian Gevert et al., Appellants, v S&P Associates of New York, LLC, Respondent, et al., Defendants. [31 NYS3d 880]—

Order, Supreme Court, New York County (Cynthia S. Kern, J.), entered August 4, 2015, which, to the extent appealed from, denied plaintiffs Kristian Gevert, Tim Kao and Chi-Hua Chuang's motion for partial summary judgment on the first cause of action for specific performance of purchase agreements for condominium units, unanimously affirmed, with costs.

The court correctly found that the record at this early stage of the litigation presents issues of fact as to whether plaintiffs caused an unreasonably prejudicial delay in closing on the purchase agreements that would render a decree of specific performance a drastic, harsh or unjust remedy, i.e., whether they "made excuses in order to delay closing on the contract, with an actual purpose of waiting to see whether to enforce the contract depending upon whether the market value of the subject property increase[d] or decrease[d]" (*EMF Gen. Contr. Corp. v Bisbee*, 6 AD3d 45, 52-53 [1st Dept 2004], *lv denied* 3 NY3d 607 [2004]). Concur—Mazzarelli, J.P., Acosta, Saxe, Kapnick and Kahn, JJ.